IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH WHITE, )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:22-cv-03795-MRP<br><br>Proposed Order |

This matter having been opened to the Court by the Defendant Joseph White (Jeffrey Dirmann, appearing) and with the consent of David A. Hubbert, Deputy Assistant Attorney General (Kristina M. Portner and Moira E. Goodwin, Trial Attorneys, Tax Division, U.S. D.O.J., appearing), and after due deliberation, it is hereby

ORDERED this 30th day of August, 2023,

THAT the deadline to respond to Plaintiff's Motion for Summary Judgment filed August 18, 2023 is extended one week from September 1, 2023 until September 8, 2023.

_____
THE HONORABLE MIA ROBERTS PEREZ
United Stated District Court Judge