IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:22-cv-3795-MRP |
| Plaintiff, ) | District Judge Mia R. Perez |
| v. ) | |
| JOSEPH WHITE, ) | |
| Defendant. ) | |

## <u>ORDER</u>

Upon the consent and agreement of the Plaintiff, United States of America, and the Defendant, Joseph White, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The parties' joint motion for entry of consent judgment is **GRANTED**;

2. **JUDGMENT** is entered in favor of the United States and against Joseph White for his unpaid civil income taxes for years 2000 through 2011 in the amount of **$1,893,403.87** as of August 21, 2023, plus statutory interest that has accrued and will continue to accrue until the liability is paid in full; and

3. All parties shall bear their own costs and attorneys' fees.

Dated this <u>29th</u> day of <u>September</u>, 2023.

BY THE COURT:

_____
HON. MIA R. PEREZ
United States District Judge